IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SHAYLA SOMMER,** : | |
| : | **Civil Action No.: 1:20-cv-03027-RDB** |
| **Plaintiffs** : | |
| v. : | |
| **BMW OF NORTH AMERICA, LLC, et al.** : | |
| **Defendants** : | |

### PLAINTIFF'S MOTION TO REMAND

**NOW COMES** PLAINTIFF, SHAYLA SOMMER, by and through counsel, Tony N. Garcia, Esq., and Bates & Garcia, LLC, and Michael Glass, Esquire of the Law Office of Michael Glass hereby, and for the reasons stated in the accompanying Memorandum in Support of Plaintiff's Motion to Remand, moves to remand this case to the Circuit Court of Maryland for Anne Arundel County

Respectfully submitted,

_____/S/_____
Tony N. Garcia, Esq.
CPF 9506210144
Bates & Garcia LLC
201 N. Charles Street, Suite 1900
Baltimore, MD 21201
Phone: (410) 814-4600
tony@batesgarcia.com

                                          /S/
                        Michael E. Glass, Esq., #11805
                        The Michael Glass Law Firm
                        201 N. Charles Street
                        Baltimore, Maryland 21201
                        Phone: (410) 779-0600
                        Fax: (410) 814-4604
                        mglass@mglasslaw.com

*Counsel for Plaintiffs*

## Certificate of Service

I HEREBY CERTIFY that on this 17th day of November, 2020, a copy of the foregoing was sent via electronic delivery through the Court's Pacer eFiling system to all attorneys of record.

                                        /S/
                        Michael E. Glass, Esq., #11805