| | | |
|---|---|---|
| SHAYLA SOMMER | * | IN THE |
| | * | |
| Plaintiff | * | CIRCUIT COURT |
| | * | |
| v. | * | FOR |
| | * | |
| CHRISTOPHER W. HNATIUK, *et al.* | * | ANNE ARUNDEL COUNTY |
| | * | |
| Defendants | * | CASE NO. C-02-CV-20-000996 |
| | * | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 29 day of October, 2020, defendant's notice of service of interrogatories to plaintiff was e-filed and electronically served, along with a copy of the interrogatories, on:

Tony N. Garcia, Esquire
CPF No. 9506210144
Bates & Garcia, LLC
201 N. Charles Street, Ste 1900
Baltimore, MD 21202
*Attorney for Plaintiff*

Michael Glass, Esquire
CPF No. 9106200098
Law Office of Michael Glass
201 N. Charles Street, Ste 1900
Baltimore, MD 21202
*Attorney for Plaintiff*

_____
Kevin M. Soper
CPF No. 8601010039
The Law Offices of Kevin M. Soper, LLC
300 Allegheny Avenue
Towson, MD 21204
410-828-4979 (Direct Dial)
410-825-3799 (Facsimile)
*soper@kmslawllc.com*
*Attorney for Defendant*

-6-