E-FILED; Anne Arundel Circuit Court
Docket: 10/29/2020 10:56 AM; Submission: 10/29/2020 10:56 AM

| | | |
|---|---|---|
| **SHAYLA SOMMER** | * | **IN THE** |
| | * | |
| **Plaintiff** | * | **CIRCUIT COURT** |
| | * | |
| **v.** | * | **FOR** |
| | * | |
| **CHRISTOPHER W. HNATIUK,** *et al.* | * | **ANNE ARUNDEL COUNTY** |
| | * | |
| **Defendants** | * | **CASE NO. C-02-CV-20-000996** |
| | * | |

<u>**NOTICE OF SERVICE**</u>

I HEREBY CERTIFY that on this 29ᵗʰ day of October, 2020, defendant's notice of service of document requests to plaintiff was e-filed and electronically served, along with a copy of the document requests, on:

Tony N. Garcia, Esquire
CPF No. 9506210144
Bates & Garcia, LLC
201 N. Charles Street, Ste 1900
Baltimore, MD 21202
*Attorney for Plaintiff*

Michael Glass, Esquire
CPF No. 9106200098
Law Office of Michael Glass
201 N. Charles Street, Ste 1900
Baltimore, MD 21202
*Attorney for Plaintiff*

Kevin M. Soper
CPF No. 8601010039
The Law Offices of Kevin M. Soper, LLC
300 Allegheny Avenue
Towson, MD   21204
410-828-4979 (Direct Dial)
410-825-3799 (Facsimile)
*soper@kmslawllc.com*
*Attorney for Defendant*